HOSHOVSKY LAW FIRM
33 West 19th Street
New York NY 10011
Telephone: 646-619 1123
Facsimile:  (212) 208-4509
&
MEDINA LAW FIRM LLC
The Chrysler Building
405 Lexington Avenue
Seventh Floor
New York, New York 10174
Telephone: (212) 404-1742
Facsimile:  (888) 833-9534
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DELTA BANK,<br><br>                        Plaintiff,<br><br>-vs-<br><br>ALEXANDER MALAMUD AND MARTA MALAMUD,<br><br>                        Defendant(s). | Civil Action No. 2:12-cv-06688-SRC-CLW<br><br>**ORDER TO SHOW CAUSE SEEKING PRELIMINARY INJUNCTION AGAINST DEFENDANTS**<br><br>**[Electronically Filed]** |

THIS MATTER having been opened to the Court by HOSHOVSKY LAW FIRM and MEDINA LAW FIRM LLC, attorneys for plaintiff, Delta Bank ("Delta Bank" or the "Plaintiff") on notice to the Defendants Alexander Malamud and Marta Malamud (collectively the "Defendants") (by sending a copy of this Order to Show Cause, Complaint, Plaintiff's Brief and Affidavits of Vitaliy Masyura and Roman Paylenko via Federal Express delivery to the Defendants' residence on November 9, 2012) and the Court having read and considered the Complaint of Plaintiff, Plaintiff's Brief and the supporting declarations submitted herewith, and

it appearing that Plaintiff will suffer irreparable injury and harm if the preliminary injunction is not granted, it is hereby

**ORDERED** that Defendants show cause before this Court at the United States Courthouse, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07101 at _____ o'clock on the _____ day of November 2012, before the Honorable_____ _____ of the U.S. District Court for the District of New Jersey, or as soon thereafter as counsel may be heard, why a preliminary injunction pursuant to Fed. R. Civ. P. 65 should not issue enjoining and restraining the Defendants from disbursing and/or misappropriating funds or assets obtained from funds loaned by Delta Bank outside the ordinary course; and it is

**FURTHER ORDERED** that a true and accurate copy of this executed Order to Show Cause together with a true and accurate copy of a Summons and Complaint filed herewith, shall be served upon each of the Defendants via overnight mail courier delivery within _____ days of the date hereof at the Defendants' residence; and it is

**FURTHER ORDERED** that the Defendants shall serve and file any and all papers in opposition to the within application no later than _____; and it is

**FURTHER ORDERED** that Plaintiff shall serve and file any and all additional papers in support of the within application no later than _____; and it is

**FURTHER ORDERED** that the Defendants shall serve and file a responsive pleading to the Complaint of Plaintiff by _____ and the Defendants' failure to do so may result in a judgment by default being rendered against the Defendants for the relief demanded in the Complaint of Plaintiff.

_____
Honorable